**FILED**
Apr 15, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Emilio HERNANDEZ Yesca,<br>Jorge PEREZ, and<br>Jorge Hernandez GONZALEZ<br><br>　　　　　　　　Defendants. | CASE NO. 1:21-MJ-00030-SKO<br><br>ORDER UNSEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be unsealed.

Dated: April 15, 2021

_____
HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1